

BOIES
SCHILLER
FLEXNER

May 26, 2026

**Via ECF**

The Honorable Lewis A. Kaplan
United States District Court, Southern District of New York
Courtroom 21B
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/26

**MEMO ENDORSED**

Re:     *Souper Products, LLC v. The Individuals, Corporations, et al.,*
        Case No. 1:26-cv-03757-LAK

Dear Judge Kaplan:

We represent Plaintiff, Souper Products, LLC ("Plaintiff"), in the above-referenced matter. On May 8, 2026, the Court entered an Order to Show Cause for Preliminary Injunction and Temporary Restraining Order (Dkt. No. 22, the "Order") granting Plaintiff's *ex parte* application for temporary restraints and scheduling a hearing for May 14, 2026, on Plaintiff's request for the issuance of a preliminary injunction.

On May 12, 2026, Plaintiff moved to extend the Defendants' deadline to file opposing papers to Plaintiff's application for the issuance of a preliminary injunction to May 26, to adjourn the preliminary injunction hearing to May 28, and to extend the temporary restraining order until Plaintiff could be heard on its motion for a preliminary injunction. *See* Dkt. 24. Plaintiff moved to extend those deadlines because at that time, it had not received identifying information from the online marketplace platforms to properly serve the Defendants and give them sufficient notice of Plaintiff's application for a preliminary injunction. *Id.* at 2. On May 13, 2026, the Court granted Plaintiff's motion and extended Defendants' deadline to file opposing papers to May 26 at 4 p.m., adjourned the preliminary injunction hearing to May 28 at 4 p.m., and extended the temporary restraining order to June 5, 2026. Dkt. 25.

Plaintiff now respectfully requests that the Court enter:

1. An additional seven (7) day extension of Defendants' deadline to file opposing papers to Plaintiff's request for the issuance of a preliminary injunction, from May 26, 2026, to June 2, 2026; and

2. An additional seven (7) day adjournment of the preliminary injunction hearing, from May 28, 2026, to June 4, 2026.

Plaintiff requests this seven-day extension and adjournment because it still has not received identifying information regarding all defendants from the marketplace platforms. In particular, Plaintiff has not received sufficient identifying information regarding the 69 defendants operating on the Shein marketplace, despite following up with Shein multiple times since May 13. Because

BOIES SCHILLER FLEXNER LLP

55 Hudson Yards, New York, NY 10001 | (t) 212.446.2300 | (f) 212.446.2350 | www.bsfllp.com

**BSF**

Honorable Lewis A. Kaplan
May 26, 2026
Page 2

Plaintiff has not received the necessary identifying information for these defendants, it has not been able to serve them with the Order or notice of the upcoming preliminary injunction hearing. Thus, to ensure all Defendants have sufficient notice and time to respond to Plaintiff's application for a preliminary injunction, Plaintiff requests a seven-day extension of Defendants' deadline to file opposing papers and a corresponding adjournment of the preliminary injunction hearing.

Plaintiff does not request that this Court further extend the temporary restraining order, which is currently set to expire on June 5. Defendants thus will not be prejudiced by the requested extension and adjournment and instead will have additional time to respond to Plaintiff's application for a preliminary injunction.[1] Further, no other deadlines will be affected by extending Defendants' deadlines to file opposing papers or adjourning the preliminary injunction hearing.

We would be happy to provide more information or to make ourselves available to discuss this matter further, if necessary. We thank the Court for its time and attention to this matter.

Very truly yours,

BOIES SCHILLER FLEXNER LLP

/s/ Christopher Tom
Christopher Tom

Granted except that hearing will be on 6/9/26 at 2:15 pm

**SO ORDERED**

_____
**LEWIS A. KAPLAN/USDJ**

5/27/26

[1] To date, only one Defendant has appeared in this matter. Plaintiff has been in communicate with counsel for this Defendant, and it has not indicated it opposes Plaintiff's motion.