UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOUPER PRODUCTS LLC,

    Plaintiff,

    v.

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A TO THE
COMPLAINT,

    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/10/2026

Case No. 1:26-cv-03757-LAK

## [PROPOSED] PRELIMINARY INJUNCTION ORDER

**THIS MATTER** comes before the Court on the application of SOUPER PRODUCTS LLC, brought by way of Order to Show Cause, for entry of a Preliminary Injunction (the "Application") against the Defendants listed below (collectively, the "PI Defendants") using at least the domain names or online marketplace accounts identified below (collectively, the "PI Defendant User Accounts"). The PI Defendants are as follows:

| DOE No. | Seller Name | Seller URL |
|---|---|---|
| 1 | aesthetical | https://www.amazon.com/sp?seller=A28W0BKEHZSNQ7 |
| 2 | Asiuriys | https://www.amazon.com/sp?seller=A2LA9UUHBFN22R |
| 7 | enshishiyuanzhenshangmaoyouxiangongsi | https://www.amazon.com/sp?seller=A3UH7PNYFGJC6Z |
| 9 | Guangzhoujiaqimaoyiyouxiangongsi | https://www.amazon.com/sp? seller=A1IFW83ZKIYDHN |
| 11 | heriut | https://www.amazon.com/sp? seller=A3CM05GC4Y4K87 |
| 12 | HUIJINCE | https://www.amazon.com/sp?seller=ATDLY400O11NY |
| 13 | jiaobi | https://www.amazon.com/sp?seller=A3RRDJ3VGTIJRJ |
| 14 | jituohui | https://www.amazon.com/sp?seller=A29AEOOYR5SDSE |

| DOE No. | Seller Name | Seller URL |
|---|---|---|
| 18 | KunHorizon | https://www.amazon.com/sp?seller=A34QTY6W5NW1SP |
| 19 | linyixianhongyuyangzhiyouxianzerengongsi | https://www.amazon.com/sp?seller=ANY06Q7TB6D96 |
| 21 | Lizhao Guangzhou E-commerce Co., Ltd. | https://www.amazon.com/sp? seller=A1WR19J6VLQJH2 |
| 22 | lucinog | https://www.amazon.com/sp?seller=A3NZ1VHGSQ9M7 |
| 26 | Naomeng Building Materials | https://www.amazon.com/sp?seller=ASO8X1KYHS6TN |
| 27 | neimengguguangyaoyuanlinlvhuayouxiangongsi | https://www.amazon.com/sp?seller=AN0OVBTDBZV1J |
| 32 | Shenzhen Aoyixingtong Trading Co., Ltd. | https://www.amazon.com/sp?seller=A2P6UV7OMX25EH |
| 33 | Shenzhen Weihuzetong E-commerce Co., Ltd. | https://www.amazon.com/sp?seller=A3B39CT8TQ8VR |
| 35 | Turegfhui | https://www.amazon.com/sp?seller=A2B3TP5X65RZNY |
| 37 | WG Style Store | https://www.amazon.com/sp? seller=AB2L8MU4J26RJ |
| 38 | xibofushi | https://www.amazon.com/sp?seller=A3IIRFVVO1G3SU |
| 43 | ZHUYANLIANGUS | https://www.amazon.com/sp?seller=A2RRY4W7B3T5S3 |
| 44 | Adriana's Good Stuff Store ( wafuuiu) | https://www.ebay.com/str/wafuuiu |
| 45 | ark-boat | https://www.ebay.com/str/arkboat |
| 46 | bbkingrgb (newb_30) | https://www.ebay.com/str/bbkingrgb |
| 47 | chicglobe | https://www.ebay.com/str/chicglobe |
| 48 | gonca x (goncax) | https://www.ebay.com/str/goncax |
| 49 | gotozxcd | https://www.ebay.com/str/gotozxcd |
| 50 | gramovox | https://www.ebay.com/str/gramovox |
| 53 | mahou6013 | https://www.ebay.com/usr/mahou6013 |
| 55 | sphinxmire | https://www.ebay.com/str/sphinxmire |
| 56 | xinking22 | https://www.ebay.com/usr/xinking22 |
| 57 | 13141 | https://us.shein.com/store/home?store_code=7544645553 |
| 58 | 1516489 | https://us.shein.com/store/home?store_code=3255587863 |
| 60 | Aja76 | https://us.shein.com/store/home?store_code=8032305204 |
| 61 | ASTRALFORMSAS | https://us.shein.com/store/home?store_code=4420316033 |

| DOE No. | Seller Name | Seller URL |
|---|---|---|
| 62 | Calpha Store Marketplace | https://us.shein.com/store/home?store_code=2087919868 |
| 63 | Cove Home Store | https://us.shein.com/store/home?store_code=4187068985 |
| 64 | CRELET | https://us.shein.com/store/home?store_code=6593465796 |
| 65 | CRYOGENIC INDUSTRIES | https://us.shein.com/store/home?store_code=7074002142 |
| 66 | CYBER COUTURE TRADING | https://us.shein.com/store/home?store_code=5506438011 |
| 67 | DEWFILED | https://us.shein.com/store/home?store_code=2196262723 |
| 68 | DSFYTIKKH | https://us.shein.com/store/home?store_code=3007478342 |
| 70 | etrgm | https://us.shein.com/store/home?store_code=8349038886 |
| 71 | FALLABLE | https://us.shein.com/store/home?store_code=5785328158 |
| 72 | Fashion Handbag US | https://us.shein.com/store/home?store_code=3443171482 |
| 73 | fh484eg | https://us.shein.com/store/home?store_code=6437417852 |
| 74 | FLAYLI | https://us.shein.com/store/home?store_code=3396760272 |
| 75 | FLYZYWSHOP | https://us.shein.com/store/home?store_code=8879462072 |
| 76 | FYZP Official brand store | https://us.shein.com/store/home?store_code=3469231725 |
| 78 | GlowNexusDSHU | https://us.shein.com/store/home?store_code=3578853886 |
| 79 | HavenCraft Collective | https://us.shein.com/store/home?store_code=1510854752 |
| 80 | HOME PLAYER | https://us.shein.com/store/home?store_code=7902378874 |
| 81 | houmi | https://us.shein.com/store/home?store_code=8775407718 |
| 82 | HULLSTRONGSOUT | https://us.shein.com/store/home?store_code=7178402498 |
| 83 | HYSTERIVE | https://us.shein.com/store/home?store_code=2422287552 |
| 85 | Janel | https://us.shein.com/store/home?store_code=1626557053 |
| 86 | JASPERTO | https://us.shein.com/store/home?store_code=5889604345 |
| 87 | JIANGYANXUE | https://us.shein.com/store/home?store_code=5611197163 |
| 88 | KULIOKYOIL | https://us.shein.com/store/home?store_code=2488113593 |
| 89 | KUOLCTYUFSHGN | https://us.shein.com/store/home?store_code=5462491735 |
| 90 | Lakerack | https://us.shein.com/store/home?store_code=3810855755 |
| 91 | LANDVIEW | https://us.shein.com/store/home?store_code=6052986988 |
| 92 | LEXDOIESHJ | https://us.shein.com/store/home?store_code=2926906797 |
| 93 | LIANG ZHU clothing | https://us.shein.com/store/home?store_code=9959882681 |
| 94 | Living Glow O | https://us.shein.com/store/home?store_code=4951981854 |
| 95 | Local Help Store | https://us.shein.com/store/home?store_code=2292708178 |

3

| DOE No. | Seller Name | Seller URL |
|---|---|---|
| 96 | lulujingxuan8 | https://us.shein.com/store/home?store_code=8508244709 |
| 97 | LUXELOO | https://us.shein.com/store/home?store_code=4842260865 |
| 98 | MFIOZF | https://us.shein.com/store/home?store_code=2830483182 |
| 99 | niehuaibei | https://us.shein.com/store/home?store_code=4560180712 |
| 101 | obsyourr | https://us.shein.com/store/home?store_code=7800763524 |
| 102 | ORIENSPHERE | https://us.shein.com/store/home?store_code=1110542632 |
| 103 | ORION NEXUS | https://us.shein.com/store/home?store_code=8568148700 |
| 104 | oscillwantel | https://us.shein.com/store/home?store_code=3864983634 |
| 105 | QUREQUESTAI | https://us.shein.com/store/home?store_code=7386184017 |
| 106 | Ricocott | https://us.shein.com/store/home?store_code=9374408089 |
| 107 | SHIOASDER | https://us.shein.com/store/home?store_code=5816947517 |
| 108 | SHSHOOWEN LIVING | https://us.shein.com/store/home?store_code=2559876785 |
| 109 | SWIFTTID | https://us.shein.com/store/home?store_code=1766398933 |
| 110 | TimelessArt0.321 | https://us.shein.com/store/home?store_code=7512970164 |
| 111 | TriHua | https://us.shein.com/store/home?store_code=3910576391 |
| 112 | TRUVIC SUROS | https://us.shein.com/store/home?store_code=4245593462 |
| 113 | vAdgvksdvsdvadfadffadfcasdfadgsdgdgsasdfa | https://us.shein.com/store/home?store_code=8199227880 |
| 114 | Verkwave Surge | https://us.shein.com/store/home?store_code=9625296130 |
| 115 | VERVETRAIL | https://us.shein.com/store/home?store_code=8397984256 |
| 116 | wxbaodan | https://us.shein.com/store/home?store_code=7567139056 |
| 117 | XBSVWR | https://us.shein.com/store/home?store_code=5203633170 |
| 118 | Xuanqikai | https://us.shein.com/store/home?store_code=2279697010 |
| 119 | XUFENGXIA SHOP | https://us.shein.com/store/home?store_code=7352316199 |
| 120 | XURAN01 | https://us.shein.com/store/home?store_code=2543852860 |
| 121 | YESagood Shop | https://us.shein.com/store/home?store_code=5840521087 |
| 122 | yingjixinshangma | https://us.shein.com/store/home?store_code=6761708773 |
| 123 | YOKNOBAVA | https://us.shein.com/store/home?store_code=2375473942 |
| 124 | zhangwenjing | https://us.shein.com/store/home?store_code=6891191308 |
| 125 | ZIU STORE | https://us.shein.com/store/home?store_code=2330792236 |
| 126 | Banxiashop Autumn | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418224433621 |
| 127 | ClfShiPinBu | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418224848114 |
| 128 | Flutaire | https://www.temu.com/mall.html?_bg_fs=1&mall_id=5528389343525 |
| 129 | Hxdcxxxmzzz | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418225533870 |

| DOE No. | Seller Name | Seller URL |
|---|---|---|
| 130 | MoonFishM | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418223916319 |
| 131 | NNNNAASD | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418224148213 |
| 132 | SZZFOURR | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418226577592 |
| 133 | Trendghgh | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418226372809 |
| 134 | Velvethugl | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418225984044 |
| 135 | YSThne | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418224910801 |
| 136 | ZiDiaoBB | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418226826905 |
| 137 | Aurora Mall | https://www.walmart.com/reviews/seller/102844544 |
| 139 | bowanlushangmao | https://www.walmart.com/reviews/seller/102822823 |
| 140 | Chengkaiyin | https://www.walmart.com/reviews/seller/102507421 |
| 142 | fafasfsafdsfsaf | https://www.walmart.com/reviews/seller/102852004 |
| 143 | fsafasfsafsafasf | https://www.walmart.com/reviews/seller/102847047 |
| 144 | Guangzhou Liyan E-commerce Ltd | https://www.walmart.com/reviews/seller/102487918 |
| 147 | Lincang Daimiao Trade Ltd | https://www.walmart.com/reviews/seller/102732626 |
| 148 | LiYuanZhiAn | https://www.walmart.com/reviews/seller/102812589 |
| 149 | Neighborly Nook | https://www.walmart.com/reviews/seller/102874158 |
| 151 | Shoreew | https://www.walmart.com/reviews/seller/101662953 |
| 152 | Sparklane | https://www.walmart.com/reviews/seller/102885264 |
| 153 | StellaStart | https://www.walmart.com/reviews/seller/102977402 |
| 154 | The Decor Spot | https://www.walmart.com/reviews/seller/102799416 |
| 156 | YAWA20 | https://www.walmart.com/reviews/seller/102835009 |
| 158 | Zishitao4169 | https://www.walmart.com/reviews/seller/102766928 |

**THE COURT** having reviewed the papers in support of the Application; and the Court having found that Plaintiff meets the criteria for entry of preliminary injunctive relief; and

This Court further finds that it has personal jurisdiction over the PI Defendants because the PI Defendants directly target their business activities toward consumers in the United States, including New York, by selling and shipping products into this Judicial District. Specifically,

PI Defendants are reaching out to do business with New York residents by operating one or more commercial, interactive Internet Stores through which New York residents can purchase counterfeit versions of Plaintiff's products ("Infringing Products") bearing, using, or infringing upon Plaintiff's trademarks, which are covered by U.S. Trademark Registration Nos. 5,545,717 and 6,850,254 (the "SOUPER CUBES Trademarks") and Plaintiff's design patents covered by Patent Nos. US D887,460 S, US D905,133 S, US D906,379 S, US D1,021,979 S, US D1,028,022 S, US D1,028,023 S, US D1,028,024 S, US D1,033,486 S, and US D1,034,715 S (the "SOUPER CUBES Patents," together with the SOUPER CUBES Trademarks, the "SOUPER CUBES IP").

**THIS COURT** having determined that the evidence submitted in support of the Application establishes Plaintiff has a likelihood of success on the merits; that no remedy at law exists; and that Plaintiff will suffer irreparable harm, if the injunction is not granted including for example:

1.    Through the Declarations of Jacob Sendowski and Christopher Tom and accompanying evidence, Plaintiff has proven a prima facie case of trademark and patent infringement as follows: (1) Plaintiff holds all right, title, and interest in and to the SOUPER CUBES IP, which are registered with the U.S. Patent and Trademark Office, and; (2) Plaintiff develops, markets, and sells products using the SOUPER CUBES IP; (3) PI Defendants make, use, distribute, reproduce, offer for sale, sell, and/or import into the United States for subsequent sale or use products embodying copies of the SOUPER CUBES IP; (4) an ordinary observer would be deceived into thinking that the Infringing Products are the same as Plaintiff's SOUPER CUBES Products or would be confused by PI Defendants' use of the SOUPER CUBES IP; and (5) PI Defendants are not licensed or authorized to use the SOUPER CUBES IP and none of the PI Defendants is an authorized retailer of genuine SOUPER CUBES Products.

6

2.     PI Defendants' continued and unauthorized use of the SOUPER CUBES IP irreparably harms Plaintiff through diminished goodwill and brand confidence, damage to Plaintiff's reputation, loss of exclusivity, and loss of future sales.

3.     Monetary damages fail to address such damage and, therefore, Plaintiff has no adequate remedy at law; and

4.     The public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by PI Defendants' actions; and

**THIS COURT** having determined, therefore, that injunctive relief initially granted in the Temporary Restraining Order ("TRO") on May 8, 2026 [Dkt. No. 22] and later extended on May 13, 2026 [Dkt. No. 25] should remain in place through the pendency of this litigation and issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65;

**NOW THEREFORE**, on this _____ 10th day of June, 2026, this Court ORDERS that:

1.     PI Defendants, their officers, agents, servants, employees, and attorneys, and all other persons who are in active concert or participation with any of the forgoing, who receive actual notice of this order by personal service or otherwise, be temporarily enjoined and restrained from:

   a.     Using the SOUPER CUBES Trademarks or any reproductions, counterfeit copies, or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any Infringing Products;

7

b. Passing off, inducing, or enabling others to sell or pass off any product as a genuine SOUPER CUBES product that is not, in fact, a genuine SOUPER CUBES product and/or not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for sale under the SOUPER CUBES Trademarks;

c. Committing any acts calculated to cause consumers to believe that PI Defendants' Infringing Products are those sold under the authorization, control, or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

d. Further infringing the SOUPER CUBES Trademarks and damaging Plaintiff' goodwill;

e. Shipping, delivering, holding for sale, transferring, or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear the SOUPER CUBES Trademarks or any reproductions, counterfeit copies, or colorable imitations thereof;

f. Using the design embodied in the SOUPER CUBES Patents or any colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any Infringing Products;

g. Passing off, inducing, or enabling others to sell or pass off any product as a genuine SOUPER CUBES Product that is not, in fact, Plaintiff's genuine product and/or not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for sale using the SOUPER CUBES Patents;

h. Committing any acts calculated to cause consumers to believe that PI Defendants' Infringing Products are those sold under the authorization, control, or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

i. Further infringing the SOUPER CUBES Patents and damaging Plaintiff's goodwill; and

j. Shipping, delivering, holding for sale, transferring, or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which uses the design embodied in the SOUPER CUBES Patents or any colorable imitations thereof.

2. Each PI Defendant, within fourteen (14) days after receiving notice of this Order, shall serve upon Plaintiff a written report under oath providing: (a) their true name and physical address, (b) all websites and online marketplace accounts on any platform that they own and/or operate (c) their financial accounts and (d) the steps taken by each PI Defendant to comply with

9

paragraph 1, a through j, above.

3. PI Defendants and any third party with actual notice of this Order who is in active concert or participation with a PI Defendant shall, within five (5) business days after receipt of such notice, provide to Plaintiff expedited discovery, including copies of all documents and records in such person's or entity's possession or control containing or relating to:

    a. The identities and locations of PI Defendants, their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including all known contact information;

    b. The nature of PI Defendants' operations and all associated sales and financial information, including, without limitation, identifying information associated with the PI Defendant User Accounts, and PI Defendants' financial accounts, as well as providing a full accounting of PI Defendants' sales and listing history related to their respective PI Defendant User Accounts;

    c. PI Defendant User Accounts or any domain name registered by PI Defendants.

4. PI Defendants and any persons in active concert or participation with them who have actual notice of this Order are temporarily restrained and enjoined from transferring or disposing of any money or other of such PI Defendants' assets.

10

5. Plaintiff may provide notice of these proceedings to PI Defendants by electronically publishing a link to the Complaint, this Order and other relevant documents on a website and by sending an e-mail to all e-mail addresses identified by Plaintiff and any e-mail addresses provided for PI Defendants by third parties that includes a link to said website. The combination of providing notice via electronic publication and e-mail, along with any notice that PI Defendants receive from domain name registrars and payment processors, shall constitute notice reasonably calculated under all circumstances to apprise PI Defendants of the pendency of the action and afford them the opportunity to present their objections.

6. Any PI Defendants that are subject to this Order may appear and move to dissolve or modify the Order on two days' notice to Plaintiff or on shorter notice as set by this Court.

7. The five thousand dollars ($5,000.00) bond posted by Plaintiff shall remain with the Court until a final disposition of this case or until this Preliminary Injunction is terminated.

Dated: _June 10, 2026_

Issued at 3:52 pm

_Honorable Lewis A. Kaplan_
Honorable Lewis A. Kaplan
United States District Judge

11